UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CIVIL ACTION** |
| **VERSUS** | **NO: 14-260** |
| **KELVIN PROVOST** | **SECTION: "S" (4)** |

### ORDER AND REASONS

**IT IS HEREBY ORDERED** that defendant, Kelvin Provost's, **Motion for Appointment of Counsel** (Rec. Doc. 224) is **DENIED** for lack of jurisdiction.

Before the court is a letter from defendant that the court has construed as a motion for appointment of counsel to assist him in the preparation of a §2255 motion.

Defendant was convicted on April 4, 2016, and his conviction became final on April 28, 2016. On January 18, 2018, defendant filed a §2255 motion, which included, <u>inter alia</u>, claims related to alleged misconduct be DEA agent Chad Scott. Rec. Doc. 184. On April 4, 2018, this court denied that motion as untimely. Rec. Doc. 188. That order recited that equitable tolling did not apply at that time, stating:

> Provost has not provided any information that would justify equitable tolling. Provost argues that Scott has been indicted and that some of the facts underlying that indictment relate to Scott's conduct concerning Provost's case. However, Scott's case is still pending and Provost points to no evidence demonstrating specifically how Scott's alleged wrongful actions impacted his case.

On January 29, 2020, defendant filed another habeas, again raising the issue of alleged misconduct by Chad Scott. Rec. Doc. 215. Because it was successive, under the authority of 28 U.S.C. § 1631 it was transferred to the Fifth Circuit for that Court to determine whether

defendant is authorized under 28 U.S.C. § 2244(b) and § 2255 to file the § 2255 motion in this court, where it remains pending. Rec. Doc. 216. Until defendant obtains authorization from the Fifth Circuit to proceed, this court lacks jurisdiction over this matter. Accordingly,

    **IT IS HEREBY ORDERED** that defendant, Kelvin Provost's, **Motion for Appointment of Counsel** (Rec. Doc. 224) is **DENIED** for lack of jurisdiction.

    New Orleans, Louisiana, this __7th__ day of July, 2020.

                                  _____
                                    **MARY ANN VIAL LEMMON**
                                  **UNITED STATES DISTRICT JUDGE**