UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CIVIL ACTION** |
| **VERSUS** | **NO: 14-260** |
| **KELVIN PROVOST** | **SECTION: "S" (4)** |

### ORDER AND REASONS

**IT IS HEREBY ORDERED** that defendant, Kelvin Provost's, **Motion for Appointment of Counsel** (Rec. Doc. 257) is **DENIED**.

Before the court is a letter from defendant in which he states that certain of his prior filings with the court were misconstrued as motions to vacate, when instead he sought appointment of counsel to "tak[e] the proper steps in getting back in court," so that the court could re-visit his sentence considering that DEA Agent Chad Scott has been convicted. Rec. Doc. 257. In fact, the opposite occurred: his prior correspondence to the court was construed as a motion for appointment of counsel to assist Provost in preparing a §2255 motion. Rec. Doc. 227. The court denied the motion for lack of jurisdiction, because Provost's request for authorization to proceed on his §2255 was then pending before the Fifth Circuit Court of Appeals. The Fifth Circuit denied authorization due to the successive nature of the § 2255 motion, in an order which noted that it was Provost's second motion for authorization and that it relied on the same predicate as his prior motion. See In re Provost, No. 20-30074 (5th Cir. Apr. 12, 2021). The Fifth Circuit warned Provost that frivolous, repetitive, or otherwise abusive filings could result in sanctions.

The instant letter to the court requesting appointment makes it clear that Provost seeks assistance of counsel to file a successive petition based on the same factual predicate – Chad Scott's misdeeds – as his previous motions, which the Fifth Circuit has determined cannot proceed. Thus, proceeding on such a claim would be futile, and there is no other pending matter with respect to which the court could consider the appointment of counsel. Accordingly,

**IT IS HEREBY ORDERED** that defendant, Kelvin Provost's, **Motion for Appointment of Counsel** (Rec. Doc. 257) is **DENIED**.

New Orleans, Louisiana, this __17th__ day of September, 2021.

                            **MARY ANN VIAL LEMMON**
                            **UNITED STATES DISTRICT JUDGE**