UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 14-260** |
| **KELVIN PROVOST** | **SECTION: "S"** |

## ORDER AND REASONS

Before the court is defendant's **Motion for Compassionate Release and Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A) and the First Step Act of 2018** (Rec. Doc. 292). A review of the record reflects that it is a verbatim copy of defendant's previous motion for compassionate release (Rec. Doc. 273). The undersigned denied that motion one year ago, finding that defendant was not entitled to compassionate release. Rec. Doc. 280. The court incorporates by reference its prior Order and Reasons, and accordingly,

**IT IS HEREBY ORDERED** that defendant's **Motion for Compassionate Release and Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A) and the First Step Act of 2018** (Rec. Doc. 292) is **DENIED**.

New Orleans, Louisiana, this __8th__ day of December, 2023.

_____
**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**